UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | 5:23-cr-00207-SMH-MLH |
| | * | |
| VERSUS | * | |
| | * | |
| DEMARKES GRANT | * | |

## BILL OF INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1
18 U.S.C. § 1519
(Falsification of Records)

On or about September 27, 2019, in the Western District of Louisiana, the defendant,

**DeMarkes Grant,**

acting in relation to and in contemplation of a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States, knowingly falsified and made a false entry in a record and document with the intent to impede, obstruct, and influence the investigation and proper administration of that matter. Specifically, the defendant, while working as a correctional officer, knowingly wrote a false report—in which, among other things, he omitted the fact that he and a fellow correctional officer had used unreasonable force against a detainee—in an effort to cover up the assault of the detainee. All in violation of Title 18, United States Code, Section 1519.

BRANDON B. BROWN
United States Attorney

By: _____
SETH D. REEG, LA Bar No. 34184
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, LA 71101
(318) 676-3600 – office
(318) 676-3663 – fax